UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN DEWAYNE TAYLOR, JR.,

          Plaintiff,

   v.

DEPARTMENT OF PUBLIC HEALTH SEATTLE, et al.,

          Defendant.

CASE NO. 2:25-cv-00787-RSM-BAT

**ORDER OF DISMISSAL**

Having reviewed, *de novo*, the Report and Recommendation, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The case is dismissed without prejudice.

(3)    The Clerk shall provide Plaintiff a copy of this order.

Dated this  25th  day of  June , 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1